IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELLERY CARTER, | § § | |
| *Plaintiff,* | § § § | SA-20-CV-00554-DAE |
| vs. | § § | |
| JAVIER SALAZAR, BEXAR COUNTY SHERIFF; S.A.P.D., B.C.A.D.C., US WHITE HOUSE, BEXAR COUNTY, CITY OF SAN ANTONIO, TX, | § § § § § | |
| *Defendants.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned entered a report and recommendation, recommending the District Court dismiss this case for want of prosecution. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 26th day of June, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1